UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:  COSTAS FOOD OF LOWELL, INC.
  Debtor(s)

CASE NO. 09-23290 JPK

NOTICE OF DEPOSIT OF UNCLAIMED FUNDS
TO UNITED STATES BANKRUPTCY COURT
CLERK'S REGISTRY CHECKING ACCOUNT

TO: THE HONORABLE:   J.  Phillip Klingeberger

Comes now Stacia L. Yoon, Trustee, and applies to the Court as follows:

1. I am the duly appointed Trustee and, as such, hold unclaimed property of this estate.

2. Pursuant to FRBP 3010, the following is a list of all known names and addresses of the entities that are entitled to be paid from the remaining property of the estate and the amounts that they are owed:

   First Capital Collections, LLC                        $ 99.51

3. Trustee believes it appropriate that the sum(s) set forth in paragraph 2 be paid to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

DATED:       February 24, 2011        By: /s/ Stacia L. Yoon
                                      STACIA L. YOON, TRUSTEE #16933-53
                                      Genetos Retson & Yoon LLP
                                      8585 Broadway, Suite 480
                                      Merrillville, IN 46410
                                      Telephone: (219) 755-0401
                                      bankruptcy@grymlaw.com

**DISTRIBUTION:**
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Stacia L. Yoon, bankruptcy@grymlaw.com
First Capital Collections, LLC, Acct. No. 10422, 1251 Wallace Street, York, PA 17403